# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> COLLEEN ANN FITTS <br><br> Debtor(s) | Case No. 16-05755 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/22/2016.

2) The plan was confirmed on 05/16/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 12/05/2016.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,188.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,188.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,085.15 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $102.85 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,188.00** |
| Attorney fees paid and disclosed by debtor: | $230.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON SALES & LEASE | Secured | NA | 695.38 | 695.38 | 0.00 | 0.00 |
| AARON SALES & LEASE | Unsecured | NA | 335.65 | 1,031.03 | 0.00 | 0.00 |
| ACCESS REVEIVABLES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Services | Unsecured | 2,292.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 2,455.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | NA | 2,454.86 | 2,454.86 | 0.00 | 0.00 |
| ALVERNO CLINICAL LABORATORIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| ANGEL ANKLE & FOOT ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| APPROVED CREDIT SOLUTIONS | Unsecured | 0.00 | 61.60 | 61.60 | 0.00 | 0.00 |
| Associated Receivable | Unsecured | 2,206.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ST JAMES RADIOLOGIS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 0.00 | 1,793.50 | 1,793.50 | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 578.23 | 578.23 | 0.00 | 0.00 |
| BAY AREA CREDIT SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BERNARD MUZYNSKI DDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 727.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 6,850.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 12,032.00 | 18,275.11 | 18,275.11 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 476.00 | 379.71 | 379.71 | 0.00 | 0.00 |
| CCI | Unsecured | 2,206.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 1,305.00 | 1,334.16 | 1,334.16 | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO DEPT OF FINANCE | Unsecured | 940.18 | NA | NA | 0.00 | 0.00 |
| CHICAGO RIDGE RADIOLOGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 0.00 | 1,255.18 | 1,255.18 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO HEIGHTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PALOS HILL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCE | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 482.78 | 482.78 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 519.06 | 519.06 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 488.22 | 488.22 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 500.43 | 500.43 | 0.00 | 0.00 |
| CONSULTANTS PATHOLOGY SC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Convergent | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| DAMEN AVE CONDO ASSOC | Unsecured | NA | 5,378.12 | 5,378.12 | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 0.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 0.00 | 812.22 | 812.22 | 0.00 | 0.00 |
| DOW CHMCL ECU/LENDING | Unsecured | 520.00 | 349.59 | 349.59 | 0.00 | 0.00 |
| E MICHAEL CASSIDY MDPC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMP OF COOK COUNTY LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 3,896.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 513.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 481.00 | NA | NA | 0.00 | 0.00 |
| FIRSTSOURCE ADVANTAGE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 1,976.00 | NA | NA | 0.00 | 0.00 |
| HANGER INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 5,034.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 0.00 | 640.64 | 640.64 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 5,088.00 | 5,088.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 21,807.00 | 4,931.00 | 4,931.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 20,300.85 | 20,300.85 | 0.00 | 0.00 |
| JESSICA LONDON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LEKHA BABU MD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARGARET ZAKE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 2,150.00 | NA | NA | 0.00 | 0.00 |
| MEDCO HEALTH SOLUTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| MILLENNIUM CREDIT CONSULTANT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MILLENNIUM PARK DERMATOLOGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHSTAR ANESTHESIA OF IL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| NRI LABRATORIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS DENTAL ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Olympia Fields Eyecare | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ORAL SURGERY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| P M I DIAGNOSTIC IMAGING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,337.00 | 1,003.63 | 1,003.63 | 0.00 | 0.00 |
| PREMIER ORTHOPAEDIC & HAND CT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Professional Clinical Laboratories | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRONGER SMITH MEDICARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | Unsecured | 1,249.00 | 1,249.35 | 1,249.35 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 448.64 | 448.64 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 854.00 | 406.91 | 406.91 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROMANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| S Suburban Gastroenterology | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Safe Auto Insurance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS PREMIER MASTER CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVE | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| Spot Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNERGETIC COMMUNICATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 0.00 | 401.27 | 401.27 | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED CTR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NAVIENT SOLUTION | Unsecured | 68,926.00 | 72,140.87 | 72,140.87 | 0.00 | 0.00 |
| VILLAGE OF CRETE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PARK FOREST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WOMAN WITHIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ZINGO CASH | Unsecured | 0.00 | 98.95 | 98.95 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,275.11 | $0.00 | $0.00 |
| All Other Secured | $3,150.24 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,425.35** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,019.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$10,019.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$111,904.94** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $2,188.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,188.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2017                    By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**